IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGEL DIAZ,

    Plaintiff,

v.

                                                  Case No: 4:08cv120-SPM/WCS

FLORIDA COMMISSION ON
HUMAN RELATIONS ,

    Defendant.
_____/

## ORDER GRANTING EXTENSION OF TIME TO RESPOND

**THIS CAUSE** comes before the Court upon the Defendant's Motion for Extension of Time to File Response (doc. 3).   Finding the request reasonable, it is hereby  ORDERED AND ADJUDGED as follows:

1. The Defendant's Consented Motion for Extension of Time (doc. 3) is *granted*.

2. Defendant shall have until **Monday, April 7, 2008** to respond to the Plaintiff's Complaint.

SO ORDERED this twenty-sixth day of March, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge