IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGEL DIAZ,

    Plaintiff,

v.                                          Case No: 4:08cv120-SPM/WCS

FLORIDA COMMISSION ON
HUMAN RELATIONS ,

    Defendant.
_____/

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon consideration, Plaintiff's "Consent Motion for Extension of Time to Respond to Document 5" (doc. 6) is ***granted***.  The First Amended Complaint (doc. 7) is hereby accepted as timely filed.   Furthermore, in light of the amended complaint, Defendant's Motion to Dismiss (doc. 5) is ***denied as moot***.

SO ORDERED this thirtieth day of June, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge