**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ANGEL DIAZ,

       Plaintiff,

v.                                                Case No: 4:08cv120-SPM/WCS

FLORIDA COMMISSION ON
HUMAN RELATIONS,

       Defendant.

_____/

## ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

THIS CAUSE comes before the Court upon Defendant's "Motion to Dismiss and Motion to Strike Amended Complaint....." (doc. 10) and Plaintiff's "Consented Motion for Leave to File Second Amended Complaint" (doc. 25) in response.

Plaintiff is entitled to file an amended complaint as a matter of course. <u>Williams v. Bd. of Regents</u>, 477 F.3d 1282, 1291 (11th Cir. 2007). This Second Amended Complaint is in direct response to issues raised by Defendant in its second Motion to Dismiss (doc. 10). Plaintiff represents that this Second Amended Complaint will resolve most, if not all, issues or deficiencies identified in Defendant's second Motion to Dismiss. Defendant does not oppose the granting of this motion. Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's consent motion for leave to file a Second Amended Complaint (doc. 25) is **granted**.

2. Plaintiff's Second Amended Complaint (attachment 2 to doc. 25) is accepted as timely filed.

3. Defendant's motion to dismiss Plaintiff's amended complaint (doc. 10) is **denied as moot**.

4. Defendant shall have up to and including **Tuesday, July 15, 2008** to serve and file its response to Plaintiff's Second Amended Complaint.

DONE AND ORDERED this thirtieth day of June, 2008.

　　　　　　　　　　　　　*s/ Stephan P. Mickle*
　　　　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　　　　United States District Judge