**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ANGEL DIAZ,

        Plaintiff,

                                  Case No: 4:08cv120-SPM/WCS

v.

FLORIDA COMMISSION ON
HUMAN RELATIONS ,

        Defendant.

_____/

### ORDER RESCHEDULING TRIAL

        **THIS CAUSE** comes *sua sponte* before the Court.  Trial is currently scheduled for March 16, 2009.   Conflict with another scheduled trial now requires that this case be rescheduled.  Recognizing that Defendant is unavailable for trial for a three-week period beginning March 16, 2009, this Court hereby reschedules the trial for **Monday, April 20, 2009**, at the United States Courthouse in Tallahassee, Florida.

        DONE AND ORDERED this <u>eighth</u> day of October, 2008.


        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge